B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>White, LaDonna Marchelle | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>xxx-xx-8818 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>3836 W. Gladys Avenue<br>Chicago, IL<br>ZIP Code  60624 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

☐ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
■ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | White, LaDonna Marchelle |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ R. Elizabeth Rosenthal     October 16, 2008 <br> Signature of Attorney for Debtor(s)     (Date) <br> R. Elizabeth Rosenthal |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | White, LaDonna Marchelle |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ LaDonna Marchelle White
Signature of Debtor   LaDonna Marchelle White

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

October 16, 2008
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Attorney*

**X** /s/ R. Elizabeth Rosenthal
Signature of Attorney for Debtor(s)

R. Elizabeth Rosenthal  ARDC No. 6287237
Printed Name of Attorney for Debtor(s)

Legal Assistance Foundation of Metropolitan Chicago
Firm Name
10 W. 35th Street   4th floor
Chicago, IL 60616


Address

(312) 261-6752  Fax: (312) 612-1516
Telephone Number

October 16, 2008
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)


Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   LaDonna Marchelle White                                    Case No.
                        Debtor(s)                                  Chapter   7

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

 ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

 ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: /s/ LaDonna Marchelle White
        LaDonna Marchelle White

Date: October 16, 2008

.

LaDonna Marchelle White
3836 W. Gladys Avenue
Chicago, IL 60624

R. Elizabeth Rosenthal
Legal Assistance Foundation of Metropolitan Chicago
10 W. 35th Street    4th floor
Chicago, IL 60616

AAC
Acct No AT T2860...
P.O. BOX 790001
Sunrise Beach, MO 65079

Allied Interstate Inc
Acct No 804...
435 Ford Rd Ste 800
Saint Louis Park, MN 55426

APS
Acct No 44897
PO Box 2906☐☐
Phoenix, AZ 85062

AR Resources Inc.
Acct No 58...
PO Box 1056
Blue Bell, PA 19422

Arrow Financial Services
Acct No 3076....
5996 W Touhy Avenue
Niles, IL 60714

Aspire Visa
PO Box 23007
Columbus, GA 31902

Asset Acceptance, LLC
Acct No 1781...
P.O. Box 2036
Warren, MI 48090-2036

```
AT&T CMC
Attn: Bankruptcy
P.O. Box 769
Arlington, TX 76004


Bally Total Fitness
Acct No 260144052
7755 Center Ave
Huntington Beach, CA 92647


Bally Total Fitness
7755 Center Ave
Suite 440
Huntington Beach, CA 92647


Banner Desert Medical Center
Acct No 89...
(for Banner Mesa)
1400 S. Dobson Road
Mesa, AZ 85202


CHAC Inc.
P. O. Box 1406
Chicago, IL 60690-1406


Chandler Public Library
c/o Unique National
119 E. Maple Street
Jeffersonville, IN 47130


CNAC - AZ103
Acct No 18...
1455 N. Arizona Ave
Chandler, AZ 85225


Commonwealth Edison
Acct No 4986216044
System Credit/ Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL 60523-1559


Cox Communcation of Phoenix
1550 W. Deer Valley Rd.
Phoenix, AZ 85027
```

Creditors Discount & Audit Co.
Acct No A79087A7....
415 E Main St
Streator, IL 61364


Dependon Collection
Acct No 42595757
795 Woodside Dr
Roselle, IL 60172


Economy Interiors
6162 Broadway
Merrillville, IN 46410


Emergency Medical Specialist II
1012 Lake Shore Blvd
Evanston, IL 60202


Equidata
Acct No 609026000216
724 Thimble Shoals Boulevard
Newport News, VA 23606


Exelon Business Services
10 S. Dearborn, 35th Floor
PO Box 805379
Chicago, IL 60680


FBCS Inc.
Acct No 15603...
841 East Hunting Park Avenue
Philadelphia, PA 19124


Federal Credit Corp
Acct No D2359...
PO Box 599
Colleyville, TX 76034


FFELP
Acct No 9893491202100022003
1002 Arthur Drive
Lynn Haven, FL 32444

```
First Revenue Assurance
Acct No 810...
200 Fillmore Street
Suite 300
Denver, CO 80206


Friedman & Wexler LLC
Acct No 01-M1-139036
500 W Madison, #2910
Chicago, IL 60661-2587


Fst Premier
Acct No 543362871031...
900 W. Delaware
Sioux Falls, SD 57104


Gateway Financial
Acct No 20000....
PO Box 6919
Saginaw, MI 48608


Global Teldata
c/o AR Resources
PO Box 1056
Blue Bell, PA 19422-2207


I C Systems INC
Acct No 424040...
PO BOX 64378
Saint Paul, MN 55164


I.Q. Telecom
3221  W. Burr Oak Ave.
Blue Island, IL 60406


IMAG/FBOFD
Acct No 518284001353
Po Box 10555
Atlanta, GA 30348


JVDB Associates
PO Box 5718
Elgin, IL 60121-5718
```

```
Medical Billing Management
Acct No 3077180011....
11500 West Olympic Blvd
Suite 575
Los Angeles, CA 90064


Medical Business Bureau
Acct No W7362...
1460 Renaissance Drive
Park Ridge, IL 60068


Mesa Gen Emerg Physicians LLC
c/o Medical Billing Management
11500 West Olympic Blvd.
Suite 575
Los Angeles, CA 90064


Midland Credit Management
Acct No 852386...
8875 Aero Drive, Suite 200
San Diego, CA 92123-2251


National Credit Adjuster
Acct No 273...
327 West 4th Ave.
Hutchinson, KS 67501


National Credit Solution
Acct No 1456184...
3675 E I-240
Oklahoma City, OK 73135


NCO Financial Systems Inc
Acct No 2579...
POB 15740
Wilmington, DE 19850-5740


Peoples Energy
Acct No 150003936
Special Projects (Bankruptcy)
130 East Randolph Street
Chicago, IL 60601


Professional Account Management
Acct No 645....
633 W. Wisconsin Ave.
Milwaukee, WI 53233
```

```
Public Storage
2345 173rd Street
Lansing, IL 60438-6023


RJM Acquisitions Funding LLC
Acct No 18R80000437...
575 Underhill Boulevard, Suite 224
Syosset, NY 11791


RMI/MCSI
Acct No 81049, 81539
3348 Ridge Road
Lansing, IL 60438


Sage Telecom
attn: revenue recovery dept
805 Central Expressway South, Suite 100
Allen, TX 75013-2789


Sallie Mae 3rd Party LSCF
1002 Arthur Dr.
Lynn Haven, FL 32444


Sallie Mae Servicing
P.O. Box 9500
Wilkes Barre, PA 18773


SBC
Bill Payment Center
Chicago, IL 60663-0001


Sherman Acq
Acct No 3HH3
POB 10584
Greenville, SC 29603


Southwestern Auto Sales
Acct No B2002101619...
1059 W. Main
Mesa, AZ 85201


Sprint Nextel Correspondence
Attn: Bankruptcy
PO Box 7949
Overland Park, KS 66207-0949
```

```
Torres Credit Services
Acct No 44...
P.O. Box 189
27 Fairview St, Suite 301
Carlisle, PA 17013


Tricina Quinn
Acct No 07-M1-707725
1429 N. Austin Blvd.
Chicago, IL 60651


Unique National
Acct No 178...
119 E. Maple Street
Jeffersonville, IN 47130


upfrontpayday.com
2274 south 1300 East
Suite G-8-273
Salt Lake City, UT 84106


Village of Bellwood
3200 Washington Blvd
Bellwood, IL 60104


Washington Mutual
PO Box 10467
Greenville, SC 29603


Wells Fargo Education FI
Acct No 548611315219....
301 E. 58th Street N
Sioux Falls, SD 57104
```